UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11320
    EDUARDO CARABALLO
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-3697

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/05/2008 and was confirmed 08/20/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

    The case was dismissed after confirmation 02/05/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | 47406.64 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | CURRENT MORTG | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 8000.00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LENDING | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| PIERCE & ASSOC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| TAINA COLLAZO | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1453.11 | .00 | .00 |
| RCN CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| FIDELITY INFO CORP | UNSECURED | 5853.00 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 430.21 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 677.37 | .00 | .00 |
| HABITAT COMPANY | UNSECURED | 4887.56 | .00 | .00 |
| PHARIA LLC | UNSECURED | 404.77 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ALEXANDER DELAFUENTE | NOTICE ONLY | NOT FILED | .00 | .00 |
| EDILIO RIVERA | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 3659.57 | .00 | .00 |
| FRANKLIN CREDIT MANAGEME | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | .00 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,300.00 | | 2,086.56 |
| TOM VAUGHN | TRUSTEE | | | 181.44 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
               CASE NO. 08 B 11320 EDUARDO CARABALLO

```
--------------------------------------------------------------------------------
TRUSTEE                          2,268.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,086.56
TRUSTEE COMPENSATION                                    181.44
DEBTOR REFUND                                               .00
                              ---------------      ---------------
TOTALS                           2,268.00             2,268.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE